# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Eunice LaShawn Dixon,

           Plaintiff,        Case No. 16-cv-14124
                                       Hon. Judith E. Levy
v.                                          Mag. Judge Anthony P. Patti

Ford Motor Company, *et al.*,

           Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE PATTI'S REPORT AND RECOMMENDATION [45] ON DEFENDANT ST. JOHN PROVIDENCE HEALTH SYSTEM'S UNOPPOSED MOTION TO DISMISS [36]

      Before the Court is Magistrate Judge Patti's Report and Recommendation (Dkt. 45) recommending the Court grant defendant St. John Providence Health System's unopposed motion to dismiss (Dkt. 36), issued October 10, 2017. The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless thoroughly reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (Dkt. 45) is ADOPTED;

St. John Providence Health System's motion to dismiss (Dkt. 36) is GRANTED; and

St. John Providence Health System is hereby DISMISSED from this action.

IT IS SO ORDERED.

Dated: November 14, 2017　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 14, 2017.

　　　　　　　　　　　　　　　s/Shawna Burns
　　　　　　　　　　　　　　　SHAWNA BURNS
　　　　　　　　　　　　　　　Case Manager