**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Euniece LaShawn Dixon,

        Plaintiff,        Case No. 16-cv-14124

v.                                   Judith E. Levy
                                   United States District Judge

Ford Motor Company, Michael
Dzialo, Karen Culver, Managed      Mag. Judge Anthony P. Patti
Asset Portfolios (MAP), Dr.
Vincent Maribao, Eastside
Gynecology, Kim Logan,

        Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE PATTI'S REPORT AND RECOMMENDATION [47]

Before the Court is Magistrate Judge Patti's Report and Recommendation (Dkt. 47) recommending the Court grant defendants Managed Asset Portfolios, LLC, Karen Culver, and Michael Dzialo's motion to dismiss (Dkt. 40), issued December 15, 2017. The Report and Recommendation also recommends the Court decline to exercise supplemental jurisdiction over plaintiff's state law claims. The parties were required to file specific written objections within 14 days of

service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless thoroughly reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (Dkt. 47) is ADOPTED;

Managed Asset Portfolios, LLC, Karen Culver, and Michael Dzialo's motion to dismiss (Dkt. 40) is GRANTED;

Managed Asset Portfolios, LLC, Karen Culver, and Michael Dzialo are hereby DISMISSED from this action; and

All state law claims against the remaining defendants are DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: January 17, 2018  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 17, 2018.

s/Shawna Burns
SHAWNA BURNS
Case Manager