UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EUNIECE LaSHAWN DIXON,

      Plaintiff

v.

FORD MOTOR COMPANY,

      Defendant.
_____/

Case No. 5:16-cv-14124
District Judge Judith E. Levy
Magistrate Judge Anthony P. Patti

## **ORDER STRIKING PLAINTIFF'S UNAUTHORIZED SUR-REPLY BRIEF (DE 60)**

Plaintiff filed a "Response to Defendant Ford Motor's [sic] Reply in Support of Motion to Compel Discovery," i.e., a sur-reply. (DE 60.) The sur-reply is rejected by the Court for several reasons: (1) E.D. Mich. LR 7.1(d)(1), which concerns briefs required and permitted, does not permit the filing of a sur-reply; (2) Plaintiff did not seek permission to file a sur-reply, but, in any case, I would have denied such a request, as the Court has an adequate record and the matter is already under advisement; and (3) my practice guidelines, which are publicly available on the Court's website, provide, in part: "Additional briefing, including sur-replies, will NOT be permitted unless requested by the Court. The Court will strike any improperly filed sur-replies or other briefing not contemplated by the Local Rules."

In accordance with this ruling, the Clerk of the Court **SHALL** strike Plaintiff's June 28, 2018 filing (DE 60).

**It is SO ORDERED.**

Dated: June 29, 2018        s/Anthony P. Patti
                            Anthony P. Patti
                            UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on June 29, 2018, electronically and/or by U.S. Mail.

                            s/Michael Williams
                            Case Manager for the
                            Honorable Anthony P. Patti